D|F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
SAM LOPEZ,
        Plaintiff,

v.                                             CASE NO.: 16-CV-693 (NGG)

BROOKLYN BRIDGE CAFÉ LLC.,
        Defendant.
-------------------------------------------------------X

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL *WITHOUT PREJUDICE*

Plaintiff **SAM LOPEZ**, by and through his undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) hereby gives notice that the parties seek a dismissal of all claims *without prejudice*.

Respectfully submitted on April 23, 2019.

So ordered,

s/Nicholas G. Garaufis
4/24/19

By: /s/ Tara Demetriades
Tara Demetriades, Esq.
New York Bar. No. 4158666

ADA Accessibility Associates
1076 Wolver Hollow Road
E: TDemetriades@Aol.com     T: (516) 595-5009

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed electronically using the CM/ECF system on this April 23, 2019.

By: /s/ Tara Demetriades
Tara Demetriades, Esq.
New York Bar. No. 4158666